**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6696**

JAMES STROUSE,

                    Plaintiff - Appellant,

          v.

BUREAU OF PRISONS; K. KIDDY, Unit Manager; BLACKBURN,
Counselor; BERNARDO, SIS; BENNETT, DHO; WHITLEY, Trust Fund
Supervisor; E. D. WILSON, Warden; NEGRONE, SIA,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge.   (3:13-cv-00044-REP)

Submitted:  July 23, 2015            Decided:  July 28, 2015

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Strouse, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Strouse appeals the district court's order dismissing his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), without prejudice in part and with prejudice in part. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Strouse v. Bureau of Prisons, No. 3:13-cv-00044-REP (E.D. Va April 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED